UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDIA CARMONA,<br>    Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:08-cv-3749 |
| NIAGARA CREDIT SOLUTIONS, INC. AND<br>RICHARD W. CARNES,<br>    Defendants | § § § § | JURY DEMAND |

### ORDER COMPELLING POST-JUDGMENT DISCOVERY

On this the ____ day of _____, 2010, Plaintiff's Motion to Compel Post-Judgment Discovery came on to be considered. Having considered the motion, the Court is of the opinion that said motion should be granted.

IT IS, THEREFORE, ORDERED that Defendants, Niagara Credit Solutions, Inc. and Richard W. Carnes shall respond to all of Plaintiff's First Set of Interrogatories in Aid of Judgment and Plaintiff's First Request for Production of Documents in Aid of Judgment within _15_ days after this order is signed.

IT IS FURTHER ORDERED that Defendants shall be required to pay Plaintiff her expenses, including attorney's fees incurred in making this motion in the amount of $ _821.50_.

SIGNED this _2d_ day of _September_, 2010.

_____
UNITED STATES DISTRICT JUDGE