UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDIA CARMONA,<br>    Plaintiff | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:08-cv-3749 |
| NIAGARA CREDIT SOLUTIONS, INC. AND<br>RICHARD W. CARNES,<br>    Defendants | § § § § | JURY DEMAND |

## CERTIFICATE OF SATISFIED JUDGMENT

TO:   Defendants Niagara Credit Solutions, Inc. and Richard W. Carnes, by and through counsel, S. Nicole Sheppe Gupta, The Spears & Robl Law Firm, LLC, 104 Cambridge Avenue, Decatur, Georgia 30030.

A consent judgment was entered by this Court on October 15, 2009 in the amount of $3,005.00. (Doc.26). An order was entered by this Court on November 30, 2009 on Plaintiff's attorney fees in the amount of $12,864.00 and costs in the amount of $472.12. (Doc. 32). An order was entered on September 2, 2010 on Plaintiff's attorney fees on her motion to compel post-judgment discovery in the amount of $821.50. (Doc. 38).

The aforementioned judgment and orders have been satisfied in full or settled as to all defendants.

Dated this 30th day of September, 2010.

Respectfully submitted,

  /s/ Dana Karni
Dana Karni
Karni Law Firm, P.C.
Texas Bar No. 24044379
4635 Southwest Freeway; Suite 610
Houston, Texas 77027
713/ 552-0008
713/ 454-7247 Fax
**DKarni@TexasConsumerDebt.com**

## CERTIFICATE OF SERVICE

On the 30th day of September, 2010, I hereby certify that a true copy of the above Certificate of Satisfied Judgment has this day been sent by e-mail, fax, and/or certified mail, return receipt requested, to Niagara Credit Solutions, and Richard W. Carnes through counsel:

S. Nicole Sheppe Gupta, Esq.
The Spears & Robl Law Firm LLC
104 Cambridge Avenue
Decatur, Georgia 30030
Direct Dial: (404) 373-5248
Facsimile: (404) 373-5199
E-mail: **snsheppe@tsrlaw.com**

          /s/ Dana Karni
          DANA KARNI
          ATTORNEY FOR PLAINTIFF